# Third District Court of Appeal

## State of Florida

Opinion filed November 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-956
Lower Tribunal No. F20-17155
_____

**Carlos Crespo**,
Appellant,

vs.

**Mark S. Inch, etc., et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Carlos Crespo, in proper person.

Rana Wallace, General Counsel, and Mark Hiers (Tallahassee), Deputy General Counsel, for appellee Florida Commission on Offender Review; Lance Neff, General Counsel, and Beverly Brewster (Tallahassee), Assistant General Counsel, for appellee Florida Department of Corrections.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.